## DAVIS *et al.* v. VAUGHN *et al.*

No. 4411.   Opinion Filed April 27, 1915.

(148 Pac. 137.)

**APPEAL AND ERROR—Dismissal—Failure to File Brief.** Where plaintiff in error has filed no brief, as required by rule 7 of this court (38 Okla. vi, 137 Pac. ix), the appeal will be dismissed for want of prosecution.

(Syllabus by Rittenhouse, C.)

*Error from District Court, McIntosh County;*

*Preslie B. Cole, Judge.*

Action by Charles S. Vaughn against J. H. Osborne and others. Judgment for plaintiff, and defendants Charles E. Davis and others bring error. Dismissed.

*T. W. Jones, Jr.* and *E. V. Vernor,* for plaintiffs in error.

*C. B. McCrory,* for defendants in error.

RITTENHOUSE, C.   The petition in error and the transcript of the record in the case was filed in this court on September 30, 1912, Neither party has filed a brief, nor have they offered any excuse for the failure to do so. It is evident that the proceedings have been abandoned.

The petition in error should therefore be dismissed for want of prosecution, under rule 7 of this court (38 Okla. vi, 137 Pac. ix). *Nicholson v. Barnes,* 42 Okla. 250, 140 Pac. 1155.

By the Court:   It is so ordered.